Clerk's Office
Filed Date: 1/31/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

NDB
F.# 2015R00350

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION OF
THE UNITED STATES OF AMERICA FOR AN
ORDER PURSUANT TO TITLE 18,
2511(2)(a)(ii)(A) AND 2511(2)(c)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 19-MC-381 (MKB)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nomi Berenson, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
         _1/30/2023_____, 2023

_S/MArgo K. Brodie_____
HONORABLE MARGO K. BRODIE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK