

U.S. Department of Justice

United States Attorney
Eastern District of New York

NDB
F. #2015R00350

271 Cadman Plaza East
Brooklyn, New York 11201

January 30, 2023

By E-mail

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. John Doe
                Miscellaneous Docket No. 19-831 (MKB)

Dear Judge Brodie:

      The government respectfully writes in response to the Court's January 11, 2023 Order concerning the above referenced case, and requests an order be entered unsealing the above-captioned matter in its entirety.

                                Respectfully submitted,

                                BREON PEACE
                                United States Attorney

                By:         /s/
                                Nomi Berenson
                                Assistant U.S. Attorney
                                (718) 254-6308

Enclosure

cc:     Clerk of Court (by ECF)